IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br>  Plaintiff(s) | Case No. 3:10cr104-01 |
| -vs- | ORDER |
| Samuel Urquidez-Aceves | Judge David A. Katz |
| Defendant. | |

This is a criminal case which was referred to United States Magistrate Judge Vernelis K. Armstrong for the taking, on consent of the parties, of a plea of guilty. The Magistrate Judge has filed her Report & Recommendations; no objection has been filed.

Having determined that the Magistrate Judge satisfied all requirements of Fed.R.Crim. P. 11 and the United States Constitution: she correctly found the defendant to be competent, aware of the charge and consequences of conviction and his rights and waiver thereof. The Magistrate also correctly found that the defendant had consented to proceed before the Magistrate Judge and tendered his plea of guilty knowingly, intelligently and voluntarily. Finally, the Magistrate Judge also correctly found that there was an adequate factual basis for the plea.

On de novo review of the record and Report & Recommendation, I accept and adopt the Magistrate Judge's findings, and conclude that the defendant's plea of guilty conforms to all applicable provisions of Rule 11 and the Constitution.

In light of those findings and that conclusion, it is hereby

ORDERED THAT the defendant's plea of guilty is accepted and a finding of guilty shall be entered, and the defendant , if not previously referred by the Magistrate, shall be referred to the United States Probation Office for a presentence investigation.

IT IS SO ORDERED.

s/ DAVID A. KATZ      5/18/2010
_____
DAVID A. KATZ
U S. District Judge